UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY SAND HILL BAND OF LENAPE & CHEROKEE INDIANS; RONALD-STACEY, <br><br> *Plaintiffs*, <br><br> v. <br><br> JON CORZINE, *et al.*, <br><br> *Defendants*. | Civil Action No. 09-683 (KSH) <br><br> **ORDER** |

**KATHARINE S. HAYDEN**, SENIOR DISTRICT JUDGE.

For the reasons stated in the opinion filed herewith, and good cause appearing,

**It is** on this 30th day of June, 2010, hereby

**ORDERED** the motions to dismiss [D.E. 97, 123] the Second Amended Complaint [D.E. 88] pursuant to Fed. R. Civ. P. 12(b)(6) are **GRANTED**; and it is further

**ORDERED** that the Second Amended Complaint [D.E. 88] is **DISMISSED**; and it is further

**ORDERED** that plaintiffs shall be granted leave to file a motion to amend the complaint pursuant to Fed. R. Civ. P. 15(a)(2); and it is further

**ORDERED** that the parties are directed to confer with Judge Shwartz no later than July 9, 2010 for specific instructions regarding motion practice.

/s/ Katharine S. Hayden

KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE