UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NEW JERSEY SAND HILL BAND OF LENAPE
AND CHEROKEE INDIANS, *et al.*,

       *Plaintiffs*,

v.

STATE OF NEW JERSEY, *et al.*,

       *Defendants*.

Civil Action No. 09-683 (KSH)

**ORDER**

**KATHARINE S. HAYDEN, U.S.D.J.**

    This matter comes before the Court by way of several motions: (1) plaintiffs' motion to disqualify Judges Hayden and Shwartz [D.E. 183]; (2) plaintiffs' motion to reassign case to unbiased judges [D.E. 183]; (3) plaintiffs' motion for recusal of Judges Hayden and Shwartz [D.E. 183]; (4) plaintiffs' motion to set aside the order of June 30, 2010 [D.E. 183]; (5) plaintiffs' motion for default judgment against the United States [D.E. 234]; (6) defendant State of New Jersey's motion to dismiss the Third Amended Complaint ("TAC") [D.E. 230]; (7) defendant State of Pennsylvania's motion to dismiss the TAC [D.E. 229]; (8) defendant State of New York's motion to dismiss the TAC [D.E. 221]; and (9) defendant United States' motion to dismiss the TAC [D.E. 245]. The Court having considered the parties' arguments and written submissions, for the reasons stated in the Court's Opinion filed herewith,

    **IT IS** on this 31st day of March, 2011,

    **ORDERED** that plaintiffs' motions to disqualify Judges Hayden and Shwartz [D.E. 183] is **denied**; and it is further,

1

**ORDERED** that plaintiffs' motion to reassign case to unbiased judges [D.E. 183] is **denied**; and it is further,

**ORDERED** that plaintiffs' motion for recusal of Judges Hayden and Shwartz [D.E. 183] is **denied**; and it is further,

**ORDERED** that plaintiffs' motion to set aside the order of June 30, 2010, [D.E. 183] is **denied**; and it is further,

**ORDERED** that plaintiffs' motion for default judgment against the United States [D.E. 234] is **denied**; and it is further,

**ORDERED** that defendant State of New Jersey's motion to dismiss the Third Amended Complaint [D.E. 230] is **granted**; and it is further,

**ORDERED** that defendant State of Pennsylvania's motion to dismiss the Third Amended Complaint [D.E. 229] is **granted**; and it is further,

**ORDERED** that defendant State of New York's motion to dismiss the Third Amended Complaint [D.E. 221] is **granted**; and it is further,

**ORDERED** that defendant United States' motion to dismiss the Third Amended Complaint [D.E. 245] is **granted**; and it is further,

**ORDERED** that the Clerk of the Court is directed to close this case.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.